Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Eclipse Sportswire

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ECLIPSE SPORTSWIRE,<br><br>Plaintiff,<br><br>v.<br><br>LIR INDUSTRIES LLC DBA SPORTS GAMBLING PODCAST, SEAN THOMAS GREEN, and RYAN KRAMER,<br><br>Defendants. | Case No. 2:22-cv-00748-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-2 and LR 7-1, Plaintiff Eclipse Sportswire ("Plaintiff") and Defendant LIR Industries, LLC DBA Sports Gambling Podcast ("LIR") ("Defendant") (together, the "Parties") hereby stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint by 21 days, from June 3, 2022, to June 24, 2022. This is the first stipulation for extension of time for Defendant to respond to Plaintiff's Complaint.

In support of this Stipulation, the Parties state as follows:

1. Plaintiff filed its Complaint in this action on May 10, 2022. *See* ECF No. 1.

2. Defendant was served with process in this action on May 13, 2022, making its response to the Complaint due on June 3, 2022. *See* ECF No. 6; Fed. R. Civ. P. 12(a)(1)(A)(i).

3. Counsel for Plaintiff and counsel for Defendant have met and conferred and are actively discussing the possibility of settlement but require additional time to do so before Defendant's response is due.

4. Additionally, counsel for Defendant requires additional time to investigate the facts underlying this action prior to preparing and filing its response.

5. Accordingly, good cause exists to extend the date by which Defendant's response to Plaintiff's Complaint is due.

Accordingly, Plaintiff and Defendant stipulate that the date by which Defendant shall file its response to Plaintiff's Complaint be extended 21 days from June 3, 2022 to June 24, 2022.

Dated this 3rd day of June 2022.

RANDAZZA LEGAL GROUP, PLLC

By: /s/ Trey A. Rothell
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tele: 702-420-2001
E-mail: ecf@randazza.com

Attorneys for Plaintiff
Eclipse Sportswire

Dated this 3rd day of June 2022.

FISHERBROYLES, LLP

By: /s/ Rob L. Phillips
Rob L. Phillips, NV Bar No. 8225
5670 Wilshire Blvd., Ste. 1800
Los Angeles, CA 90036
Tele: 702-518-1239
E-mail: rob.phillips@fisherbroyles.com

Attorneys for Defendant
LIR Industries, LLC

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 7, 2022

Case No. 2:22-cv-00748-JCM-DJA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Trey A. Rothell
Employee,
Randazza Legal Group, PLLC