Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Eclipse Sportswire

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ECLIPSE SPORTSWIRE,<br><br>Plaintiff,<br><br>v.<br><br>LIR INDUSTRIES LLC DBA SPORTS GAMBLING PODCAST, SEAN THOMAS GREEN, and RYAN KRAMER,<br><br>Defendants. | Case No. 2:22-cv-00748-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO DEEM DEFENDANTS SERVED AND SET DEADLINE FOR RESPONSIVE PLEADING**<br><br>**(First Request)** |

Pursuant to LR IA 6-2 and LR 7-1, Plaintiff Eclipse Sportswire ("Plaintiff") and Defendants Sean Thomas Green ("Green") and Ryan Kramer ("Kramer") (collectively, "Defendants") (together, the "Parties") hereby stipulate that Defendants shall be deemed served with process in this action pursuant to Fed. R. Civ. P. 4 and that Defendants' deadline to respond to Plaintiff's Complaint be set as June 24, 2022.

In support of this Stipulation, the Parties state as follows:

1.  Plaintiff filed its Complaint in this action on May 10, 2022. *See* ECF No. 1.

2.  Defendant LIR Industries LLC ("LIR") was served with process in this action on May 13, 2022, making its response to the Complaint due on June 3, 2022. *See* ECF No. 6; Fed. R. Civ. P. 12(a)(1)(A)(i).

3. Contemporaneously with filing this Stipulation, Plaintiff and Defendant LIR are filing a stipulation and proposed order requesting the Court to extend Defendant LIR's deadline to file a responsive pleading from June 3, 2022 to June 24, 2022.

4. In the interest of securing the just, speedy, and inexpensive determination of this action, the Parties and their counsel have conferred and agreed to deem the remaining Defendants served and set a uniform deadline for each Defendant to respond to Plaintiff's Complaint.

5. Accordingly, there is good cause to deem the Defendants served and set a uniform deadline for the Defendants to respond.

WHEREFORE, Plaintiff and Defendant stipulate that Defendants be deemed served as of the date on which this Stipulation is filed with the Court and that Defendants' deadline to respond to Plaintiff's Complaint be set as June 24, 2022.

Dated this 3rd day of June 2022.

RANDAZZA LEGAL GROUP, PLLC

By: /s/ Trey A. Rothell
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
Trey A. Rothell, NV Bar No. 15993
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tele: 702-420-2001
E-mail: ecf@randazza.com

Attorneys for Plaintiff
Eclipse Sportswire

Dated this 3rd day of June 2022.

FISHERBROYLES, LLP

By: /s/ Rob L. Phillips
Rob L. Phillips, NV Bar No. 8225
5670 Wilshire Blvd., Ste. 1800
Los Angeles, CA 90036
Tele: 702-518-1239
E-mail: rob.phillips@fisherbroyles.com

Attorneys for Defendants
LIR Industries, LLC, Sean Thomas Green, and Ryan Kramer

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRISTRATE JUDGE

DATED: June 7, 2022

Case No. 2:22-cv-00748-JCM-DJA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Trey A. Rothell
Employee,
Randazza Legal Group, PLLC