Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green, Jr. (NV Bar No. 7360)
Trey A. Rothell (NV Bar No. 15993)
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
701.520.2001 – Telephone
ecf@randazza.com

Attorneys for Plaintiff
Eclipse Sportswire

Rob L. Philips (NV Bar No. 8225)
FISHERBROYLES, LLP
5670 Wilshire Blvd., Ste. 1800
Los Angeles, CA 90036
702.518.1239 – Telephone
Rob.philips@fisherbroyles.com

Attorney for Defendants
LIR INDUSTRIES, LLC DBA
SPORTS GAMBLING PODCAST,
SEAN THOMAS GREEN, AND
RYAN KRAMER

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ECLIPSE SPORTSWIRE,<br><br>                    Plaintiff,<br><br>     v.<br><br>LIR INDUSTRIES, LLC DBA SPORTS GAMBLING PODCAST, SEAN THOMAS GREEN, AND RYAN KRAMER,<br><br>                    Defendants. | Case No.: 2:22-cv-00748-JCM-DJA<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES**<br><br>**(First Request)** |

Pursuant to LR IA 6-2 and LR 7-1, Plaintiff ECLIPSE SPORTSWIRE ("Eclipse") and Defendants LIR INDUSTRIES LLC DBA SPORTS GAMBLING PODCAST, SEAN THOMAS GREEN, AND RYAN KRAMER (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the date by which Plaintiff may file a motion to strike

1 affirmative defenses from July 18, 2022 to August 17, 2022. This is the first such request for an
2 extension of time. In support thereof, the Parties state as follows:

3     WHEREAS, Eclipse filed its Complaint on May 10, 2022 at ECF 1;

4     WHEREAS, the Parties filed a joint stipulation extending Defendants' time to respond
5 until June 24, 2022. (ECF 7).

6     WHEREAS, the Court granted the extension for Defendants to respond to the complaint.
7 (ECF 8).

8     WHEREAS, Defendants filed their answer on June 27, 2022 at ECF 11;

9     WHEREAS, Plaintiff's motion to strike affirmative defenses deadline is July 18, 2022;

10     WHEREAS, Defendants' Answer to Eclipse's Complaint contains twelve (12) Affirmative
11 Defenses;

12     WHEREAS, Counsel for the parties need additional time in which to confer regarding
13 Defendants' Affirmative Defenses as the Parties look towards early resolution of this matter;

14     WHEREAS, the Parties believe that extending Plaintiff's time to file its motion to strike
15 affirmative defenses will conserve resources;

16     WHEREAS, Eclipse's counsel requests an additional thirty (30) days in which to file its
17 motion to strike affirmative defenses, if needed, up to and including August 17, 2022;

18     WHEREAS, Defendants' counsel does not object to continuing the deadline for Eclipse's
19 counsel to file a motion to strike affirmative defenses:

20     WHEREAS, this request is not made for delay;

21     WHEREAS, this will not delay or have any effect on the schedule in this case; and

22     WHEREAS, this is the Parties first request for an extension of time regarding the
23 scheduling conference;

24 //
25 //
26 //
27 //

IT IS HEREBY STIPULATED that Plaintiff's deadline to file a motion to strike affirmative defenses is hereby continued from July 18, 2022 to August 17, 2022.

DATED:  July 18, 2022                          Respectfully submitted,

/s/ Trey A. Rothell                                    /s/ Rob L. Phillips
MARC J. RANDAZZA                          ROB L. PHILLIPS
RONALD D. GREEN JR.                       **FISHERBROYLES, LLP**
TREY A. ROTHELL                               Attorneys for Defendants LIR Industries
**RANDAZZA LEGAL GROUP, PLLC**    LLC dba Sports Gambling Podcast, Sean
Attorneys for Plaintiff Eclipse Sportswire    Thomas Green, and Ryan Kramer

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  July 19, 2022